No. 90–5374.  SINDRAM v. NISSAN MOTOR CORP. ET AL., *ante*, p. 891.  Petition for rehearing denied.  THE CHIEF JUSTICE and JUSTICE SOUTER took no part in the consideration or decision of this petition.